# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE**: 3/6/17

| | |
|---|---|
| **UNITED STATES MAGISTRATE JUDGE** | **COURT REPORTER:** Digital Recording Plano 108- **SEALED Recording-** McEwen |
| **KIMBERLY C. PRIEST JOHNSON** | **COURTROOM DEPUTY:** Toya |
| Shelley Ross, Tony Ross, Estate of Tony Chance Ross<br>v<br>Hopkins County Texas, City of Sulphur Springs Texas, Brad Horton, Adrian Pruitt, Brandon Mayes,<br>Joe D Scott, Paul Fenimore, Nick Floyd, and Jeff Hightower | **Case Number: 4:16cv95 ALM/CAN** |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |
| **David Davis** | **Lee Correa, for Hopkins Co Defendants, John Roehm III, for Sulphur Springs Defendants** |

On this day, came the parties by their attorneys, the following proceedings were held in Plano, Texas: **Settlement Conference**

**OPEN:** 9:45 am                                      **ADJOURN:** 1:31 pm

| TIME: | MINUTES: |
|---|---|
| 9:45 am | Settlement conference began, no recording made. |
| 1:28:35 pm - 1:31:39 pm | SEALED DIGITAL RECORDING made. Settlement reached. |
| 1:31 pm | Recess. |

**DAVID A. O'TOOLE, CLERK**

**BY:**     Toya McEwen
       **Courtroom Deputy Clerk**