IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SHELLEY ROSS, as Representative of the ESTATE of TONY CHANCE ROSS, And SHELLEY ROSS, and TONY ROSS, In Their Individual Capacity, § § § § § | |
| Plaintiffs, § | |
| vs. § | |
| § | |
| THE CITY OF SULPHUR SPRINGS, TEXAS, HOPKINS COUNTY, TEXAS, SULPHUR SPRINGS LIEUTENANT BRAD HORTON, SULPHUR SPRINGS OFFICERS ADRIAN I. PRUITT, BRANDON S. MAYES, JOE D. SCOTT, SHERIFF'S DEPUTIES PAUL FENIMORE, NICK FLOYD, AND HOPKINS COUNTY JAILER JEFF HIGHTOWER § § § § § § § § § § § | Civil Action No.: 4:16-cv-00095-ALM |
| Defendants § | |

## NOTIFICATION

COMES NOW Defendants City of Sulphur Springs, Texas, Brad Horton, Adrian I. Pruitt, Brandon S. Mayes, and Joe D. Scott and, pursuant to the Court's March 7, 2017, Order (Doc, 67), hereby notify the Court that they are not opposed to Plaintiffs' Motion for Leave to File an Amended Complaint (Doc. 65). Defendants further notify the Court that the parties reached a settlement at the March 6, 2017, mediation.

Respectfully submitted,

/s/ John F. Roehm III
**THOMAS P. BRANDT**
State Bar No.02883500
tbrand@fhmbk.com
**JOHN F. ROEHM III**
State Bar No.17157500

jroehm@fhmbk.com
**FANNING HARPER MARTINSON**
**BRANDT & KUTCHIN**
A Professional Corporation
Two Energy Square
4849 Greenville Ave. Suite 1300
Dallas, Texas 75206
(214) 369-1300 (office)
(214) 987-9649 (facsimile)

**ATTORNEYS FOR DEFENDANTS
CITY OF SULPHUR SPRINGS, TEXAS,
BRAD HORTON, ADRIAN I. PRUITT,
BRANDON S. MAYES AND JOE D. SCOTT**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was served on all counsels of record through the electronic case filing system (CM/ECF) for the U.S. District Court, Eastern District of Texas, on the 10th day of March, 2017.

/s/ John F. Roehm III
John F. Roehm III