# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| SHELLEY ROSS, et al., | § § § | |
| PLAINTIFFS, | § § | Civil Action No: |
| vs. | § § | 4:16-cv-00095-ALM-CAN |
| THE CITY OF SULPHUR SPRING, TEXAS, et al., | § § § | |
| DEFENDANTS. | § | |

## PLAINTIFFS' NOTICE AS TO SETTLEMENT AGREEMENT

TO THE HONORABLE JUDGE:

COMES NOW Plaintiffs Shelley Ross, as Representative of the Estate of Tony Chance Ross, and Shelley Ross and Tony Ross, in Their Individual Capacity and files this Notice as to Settlement Agreement. In connection with Defendants Hopkins County, Texas, Paul Fenimore, Nick Floyd, and Jeff Hightower Notice Regarding Plaintffs' Motion for Leave to File an Amended Complaint (Doc. 70), Plaintiffs give notice that the Settlement Agreement entered into will remain binding and in full force and effect upon the granting of the Opposed Motion for Leave to File Plaintiffs' First Amended Complaint (Doc. 65) and the amending of Plaintiffs' Original Complaint.

Respectfully submitted,


 /s/ David D. Davis
David D. Davis
State Bar No. 00790568

LAW OFFICE OF DAVID D. DAVIS, PLLC
P.O. Box 542915
Grand Prairie, Texas 75054-2915
972.639.3440 Telephone
972.639.3640 Facsimile
ddd@dddavislaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March 2017, I have electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

 /s/ David D. Davis
David D. Davis