IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SHELLY ROSS, as REPRESENTATIVE of the ESTATE of TONY CHANCE ROSS, and SHELLY ROSS and TONY ROSS, in their Individual Capacity,<br><br>PLAINTIFFS,<br><br>vs.<br><br>THE CITY OF SULPHUR SPRINGS, TEXAS, HOPKINS COUNTY, TEXAS, SULPHUR SPRINGS LIEUTENANT BRAD HORTON, SULPHUR SPRINGS OFFICERS ADRIAN I. PRUITT, BRANDON S. MAYES, JOE D. SCOTT, SHERIFF'S DEPUTIES PAUL FENIMORE, NICK FLOYD, and HOPKINS COUNTY JAILER JEFF HIGHTOWER,<br><br>DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No: 4:16-cv-00095 |

## AGREED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiffs Shelly Ross, as Representative of the Estate of Tony Chance Ross, and Shelly and Tony Ross, in their Individual Capacities, and Defendants Hopkins County, Texas, Paul Fenimore, Nick Floyd, Jeff Hightower and Kevin Lester (collectively, the "Parties"), and file this their Agreed Motion to Dismiss and in support thereof respectfully show unto the Court the following:

1. Plaintiffs no longer wish to pursue any claims against Defendants Hopkins County, Texas, Paul Fenimore, Nick Floyd, Jeff Hightower and Kevin Lester. Defendants hereby agree to this dismissal.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court dismiss Defendants Hopkins County, Texas, Paul Fenimore, Nick Floyd, Jeff Hightower and Kevin Lester from this case with prejudice to refiling, with all Parties to bear their own costs of Court and attorney's fees.

Respectfully submitted,

**LAW OFFICE OF DAVID D. DAVIS, PLLC**
P.O. Box 542915
Grand Prairie, Texas 75054
(972) 639-3440
(972) 639-3640 Facsimile

_____/s/ David D. Davis_____
**DAVID D. DAVIS**
State Bar No.: 00790568
ddd@dddavislaw.net

**ATTORNEY FOR PLAINTIFF**

**FLOWERS DAVIS, P.L.L.C.**
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063
(903) 534-1650 Facsimile

_____
**ROBERT S. DAVIS**
State Bar No. 05544200
rsd@flowersdavis.com
Lead Attorney
**LEE I. CORREA**
State Bar. No. 24072049
lic@flowersdavis.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on April 17, 2017, in the following manner:

  X    Via ECF

_____
**Lee I. Correa**